| U.S. Department of Justice | Criminal Docket |
|---|---|
| Washington, D.C. | |
| 9/14/2022/jp | |

M-19-2591-M & M-22-1824-M

__McALLEN__ Division      CR. No. **M-19-2328-S2**

**INDICTMENT** Filed: November 19, 2019
**SUPERSEDING INDICTMENT** Filed: June 16, 2020
**SEALED 2nd SUPERSEDING INDICTMENT** Filed: September 20, 2022    Judge: MICAELA ALVAREZ

County: Willacy

Lions #: 2019R28743

| | Attorneys: |
|---|---|
| UNITED STATES OF AMERICA | JENNIFER B. LOWERY, UNITED STATES ATTORNEY |
| | ERIC D. FLORES, ASST. U.S. ATTORNEY |
| v. | |
| DOMINGA LEDESMA | Cts. 1-16     Noe D. Garza, Ret'd, (956) 544-2911 |
| Bond 10/28/2019: $100,000 w/$4,000 cash deposit | |
| RENE GAMEZ, JR. —WARRANT-- | Cts. 3, 4, 7, 8, 11, 12, 14, 16 |

Charge(s): Cts. 1, 3, 5, 7, 9, & 11: Aggravated Identity Theft.
Title 18, United States Code, Sections 1028A(a)(1) and 1028A(c)(11), and Title 18, United States Code Section 2.

Cts. 2, 4, 6, 8, 10, & 12: Cause or attempt to cause a nonfinancial trade or business to file a report required under section 5331 that contains a material omission or misstatement of fact.
Title 31, United States Code, Sections 5324(b) and 5324(d)(2), and Title 18, United States Code Section 2.

Cts. 13, 14, 15, & 16: Unlawful Transfer, Possession, or Use of a Means of Identification.
Title 18, United States Code, Sections 1028(a)(7) and 1028(b)(2)(B), and Title 18, United States Code Section 2.

Total Counts **(16)**

Penalty: Cts. 1, 3, 5, 7, 9, & 11: A term of imprisonment of 2 yrs. and/or a $250,000 fine and at least a 2 yr. SRT (as to each count)

Cts. 2, 4, 6, 8, 10, & 12: Imprisonment for not more than 10 yrs. and/or a $250,000 fine and at least a 3 yr. SRT. (as to each count)

Cts. 13, 14, 15, & 16: Imprisonment for not more than 5 yrs. and/or a $250,000 fine and at least a 2 yr. SRT. (as to each count)

Agency: Homeland Security Investigations – Hiram Almaguer - MC02PR18MC0008

Date                  Proceedings